ACCEPTED
12-15-00205-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/10/2015 4:07:23 PM
Pam Estes
CLERK

| | |
|---|---|
| Appellate Docket Number: | 12-15-00205-CR |
| Appellate Case Style: Style: | Larry Barton Brown |
| Vs. | State of Texas |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

9/10/2015 4:07:23 PM

PAM ESTES
Clerk

Companion Case:

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:   12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name:  Larry | ☒ Lead Attorney |
| Middle Name:  Barton | First Name:  Noel |
| Last Name:  Brown | Middle Name:  Dade |
| Suffix: | Last Name:  Cooper |
| Appellant Incarcerated?   ☒ Yes  ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed        ☐ District/County Attorney |
| Pro Se:  ◯ | ☐ Retained        ☐ Public Defender |
| | Firm Name:     Law Offices of Noel D. Cooper |
| | Address 1:     117 North Street, Suite 2 |
| | Address 2: |
| | City:     Nacogdoches |
| | State:  Texas          Zip+4:  75961-5269 |
| | Telephone:  (936) 564-9000      ext. |
| | Fax:  (936) 715-6022 |
| | Email:  noelcooper@noelcooper.com |
| | SBN:  00796397 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: The State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Nicole

Middle Name: D.

Last Name: LoStracco

Suffix:

☐ Appointed     ☒ District/County Attorney
☐ Retained       ☐ Public Defender

Firm Name: Nacogdoches County District Attorney

Address 1: 101 West Main St., Ste. 250

Address 2:

City: Nacogdoches

State: Texas     Zip+4: 75961

Telephone: (936) 560-7766     ext.

Fax: (936) 560-6036

Email: nlostracco@co.nacogdoches.tx.us

SBN: 00792906

Add Another Appellee/ Attorney

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Intoxication Offenses

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: August 13, 2015

Offense charged: Driving While Intoxicated

Date of offense: June 14, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: August 13, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 35 Years TDCJ

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

**VI. Actions Extending Time To Perfect Appeal**

Motion for New Trial: ☒ Yes ☐ No     If yes, date filed: August 13, 2015

Motion in Arrest of Judgment: ☐ Yes ☒ No     If yes, date filed:

Other: ☐ Yes ☐ No     If yes, date filed:

If other, please specify:

**VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed: ☐ Yes ☒ No ☐ NA     If yes, date filed:

Date of hearing:     ☒ NA

Date of order: August 13, 2015     ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA     If granted or denied, date of ruling: August 13, 2015

## VIII. Trial Court And Record

Court: 420TH Judicial District Court

County: Nacogdoches

Trial Court Docket Number (Cause no): F1421059

Trial Court Judge (who tried or disposed of the case):

First Name: Edwin

Middle Name: Allen

Last Name: Klein

Suffix:

Address 1: 101 West Main Street, Suite 210

Address 2:

City: Nacogdoches

State: Texas    Zip + 4: 75961

Telephone: (936) 560-7848    ext.

Fax: (936) 560-7899

Email: ed.klein@co.nacogdoches.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Sep 4, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Sep 4, 2015

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter       ☐ Court Recorder
☒ Official             ☐ Substitute

First Name: Andrea

Middle Name:

Last Name: Simmons

Suffix:

Address 1: 101 W. Main Street, Room 210

Address 2:

City: Nacogdoches

State: Texas    Zip + 4: 75961

Telephone: (936) 560-7798    ext.

Fax: (936) 560-7899

Email: akscsr@aol.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                          Court:

Style:

    Vs.   State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)         Date:  September 10, 2015

_____      State Bar No: 00796397

Printed Name:

Electronic Signature:  /s/Noel D. Cooper      Name:  Noel D. Cooper
     (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on September 10, 2015 .

_____

Signature of counsel (or pro se party)    Electronic Signature:  /s/Noel D. Cooper
                                      (Optional)

                                  State Bar No.:   00796397

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

          (1) the date and manner of service;
          (2) the name and address of each person served, and
          (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: September 10, 2015

Manner Served: eServe

First Name: Nicole

Middle Name: D.

Last Name: LoStracco

Suffix:

Law Firm Name: Nacogdoches County District Attorney

Address 1: 101 West Main St., Ste. 250

Address 2:

City: Nacogdoches

State Texas          Zip+4: 75961

Telephone: (936) 560-7766     ext.

Fax: (936) 560-6036

Email: nlostracco@co.nacogdoches.tx.us

THE 420TH JUDICIAL DISTRICT COURT OF NACOGDOCHES COUNTY, TEXAS
EDWIN A. KLEIN, JUDGE PRESIDING

THE STATE OF TEXAS      *

VS.      *    CAUSE NO. _F1421059_

_Larry Barton Brown_ *     _DWI_

### ORDER APPOINTING COUNSEL

On this the __13th__ day of __August__, 20 _15_, the Court finds that the

Defendant is in need of counsel to represent the appellant in the appeal of his case and hereby

appoints the Honorable __Noel Cooper__, to represent the

Defendant.

Signed this the __13th__ day of __August__, 20 _15_.

Edwin A. Klein
Judge Presiding